UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BEV ORR | * | CIVIL ACTION |
| | * | |
| VERSUS | * | 07-1695 |
| | * | |
| JAMES DIAMOND, CHAIRMAN | * | SECTION: L-5 |
| JPMORGAN CHASE BANK | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

## MOTION TO DISMISS ON BEHALF OF
## DEFENDANT, JAMES DIMON

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant, James Dimon (at times referred to in the Complaint as James Diamond and/or Jamie Dimon), moves to dismiss the Complaint of Plaintiff, Bev Orr, in its entirety, for the reasons more fully set forth in the accompanying Memorandum in Support of the Motion to Dismiss.

Respectfully submitted,

Salley, Hite, Rivera & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G.  GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828

**BY:** _____
     **JOHN W. HITE III**
**ATTORNEYS FOR DEFENDANT,**
**JAMES DIMON**

## CERTIFICATE OF SERVICE

        I do hereby certify that I have on this 31 day
of ___MAY___ 2007, served a copy of the foregoing
pleading on counsel for all parties to this proceeding, by
depositing it in the United States mail, properly addressed,
and first class postage prepaid, by hand delivery or by
facsimile.

G:\daisy\WD\20570\Motion to Dismiss.wpd

- 2 -